**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR MATHIEU,<br><br>                              Petitioner,<br><br>                    v.<br><br>JAMES ROBERTSON,<br><br>                              Respondent. | Case No. LACV 18-10651-FMO (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered denying the Petition and dismissing this action with prejudice; and

3.     The Clerk serve copies of this Order on the parties.

DATED: December 1, 2020                     _____/s/_____

                                                                    HONORABLE FERNANDO M. OLGUIN
                                                                    UNITED STATES DISTRICT JUDGE