JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MATHIEU, | Case No. LACV 18-10651-FMO (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES ROBERTSON, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 1, 2020             /s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE